# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER

DEFT: Michael Buccinna (J)#     CASE NO: 00-6309-CR-Seitz

AUSA: Brian McCormick/Diana Fernandez     ATTNY: Brian Tannenbaum

AGENT:     VIOL: 18:1962,1963,1955,1956,1957, 1511,894,892

PROCEEDING: Initial Appearance     BOND REC: 250,000 CSB w/Nebbia

BOND HEARING HELD - yes/~~no~~ Stip     COUNSEL APPOINTED: _____

BOND SET @ 50,000 CSB w/Nebbia + 225,000 PSB

CO-SIGNATURES: Mr. Buto + parents & wife
Buto (employer) + his wife

SPECIAL CONDITIONS: Sworn

1) Do not violate any law. ✓
2) Appear in court as directed. ✓
3) Surrender and/or do not obtain passports/travel documents. ✓
4) Rpt. to PTS as directed or ___ x's a week/month by phone; ___ x's a week/month in person. ✓
5) Random urine testing by Pretrial Services. Treatment as deemed necessary. ✗
6) Maintain or seek full-time employment. ✓
7) Maintain or begin an educational program.
8) No contact with victims/witnesses. ✓
9) No firearms. ✓
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House ___ Electronic Monitoring ___

Reside @ current address
No illegal drugs or excessive alcohol

Ore tenus motion to unseal granted

advised of charges

NEXT COURT APPEARANCE:
INQUIRY RE COUNSEL:   DATE: 10/31   TIME: 10   JUDGE: Miami Duty
PTD/BOND HEARING:
PRELIM/ARRAIGN or REMOVAL: 10/31   10   Miami Duty
STATUS CONFERENCE:

DATE: 10-26-00    TIME: 11:00am    TAPE # 00-084   PG # @1

FILED by __ D.C. OCT 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. FLA. FT. LAUD.

#29 HA