|  |  |
|---|---|
| UNITED STATES OF AMERICA, : | UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA |
| v. : | CASE NO. 00-6309-CR-Seitz |
| Michael Buccuna : | |

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED by _____ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW Brian L. Tannebaum and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) Brian L. Tannebaum

Counsel's Signature _____

Address 200 S. Biscayne Blvd
Suite 2690                    Zip Code: 33131

Telephone 305-358-9000

#48