UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    55531-004

UNITED STATES OF AMERICA

    Plaintiff

    v.

Michael Buccinna

    Defendant

CASE NO. 00-6309-Cr-Seitz

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE
    U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/2000 ; 9:45 AM

2. Spoken language: English

3. Offense(s) charged: money laundering conspiracy, RICO conspiracy, Illegal gambling business, money laundering 18 U.S.C. § 1962(d), 1955, 894, 1956(h), 1956, 1957 conspiracy to use extortionate means to collect extortionate extensions of credit

4. U.S. Citizen    [✓] YES    [ ] NO    [ ] UNKNOWN

5. Date of birth: 04/30/1959

6. Type of charging document: (Check One)
    [✓] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
    CASE NO. 00-6309    CASE NO. _____
    DISTRICT: SDF    (Where warrant or complaint is filed.)

    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

COPY OF WARRANT LEFT WITH BOOKING OFFICER:   [ ] YES   [ ] NO

AMOUNT OF BOND: $250,000.00 Corporate Surety Bond

WHO SET BOND: Barry S. Seltzer, United States Magistrate Judge

7. REMARKS: _____

8. DATE: 10/26/2000

9. Special Agent Robert W. Willingham
    ARRESTING OFFICER

10. AGENCY: FBI

11. 305-787-6479
    PHONE NO.

#80
HA