AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   517889

UNITED STATES OF AMERICA

V.

MICHAEL BUCCINNA

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309

CR-SEITZ

MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHAEL BUCCINNA__
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, Illegal gambling business, conspiracy to use extortionate means to collect extortionate extensions of credit, money laundering conspiracy, money laundering

in violation of Title __18__ United States Code, Section(s) 1962(d), 1955, 894, 1956(h), 1956, 1957

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_Jenny Butler_
Signature of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 250,000 Corporate Surety Bond with Nebbia

by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, Fl |

| DATE RECEIVED 10/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/26/00 | | Edward Purchase, SDUSM |

#132