**SEALED**

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by __ D.C.
OCT 27 2000

Unsealed 11/8/00

Case No. 00-6309-CR        Date 10/27/00
Clerk L. Webb              Reporter R. Kaufman
USPO No                    Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Beckerleg          Defense Counsel ____

Defendant(s): Present ____ Not Present X  In Custody ____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: ____

Case Continued to: ____  Time ____  For ____

149/2

```
[docket0]                    CIVIL/CRIMINAL                   [wdk/text]
4. Queries                      Docketing


  Docket #   : 0:00-cr-6309                                        BLG
  Short Title: USA              v. Raffa
  Type: cr         Judge: Seitz         Magistrate:
  -----------------------------------------------------------------

  -----------------------------------------------------------------
              Summary of Event that Created the Document

  Filed      Entry Date  Last Update       History ID   Docketed by
  10/27/00    11/1/00    **/**/**           4266734         sp
       +---------------------------------------------------------+
        SEALED DOCUMENT



       +viewing docket text--------------------------------------+
  Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 149