UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6309-CR-SEITZ

    Plaintiff,

vs.

MICHAEL BUCCINNA,   NOTICE OF APPEARANCE

    Defendant.
_____/

    COMES NOW, BRIAN L. TANNEBAUM, and files his appearance as counsel for the above named defendant for trial but not for any appeals. Counsel agrees to represent the defendant for all proceedings in the Southern District of Florida, arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

Respectfully submitted,

BRIAN L. TANNEBAUM, P.A.
2690 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-9000

By: _____
BRIAN L. TANNEBAUM
FLORIDA BAR NO.: 047880

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance was this 31 day of October, 2000, forwarded to Brian McCormick, Assistant United States Attorney, 500 East Broward Boulevard, Ft. Lauderdale, Florida 33394-3092.

_____
BRIAN L. TANNEBAUM