UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

MICHAEL BUCCINNA
                    Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: On Bond

Language: _____

The above-named Defendant appeared before **Magistrate Judge
BROWN** where the defendant was arraigned and a plea
of not guilty was entered.  Defendant and court-appointed/retained
counsel of record will be **noticed for trial by the District Judge
assigned to this case.**  The following information is current as of
this date:

Defendant:          Address: IN CUST.
                    _____

                    Tel. No: _____

Defense Counsel:    Name : Brian Tannebaum
                    Address: 2690 First Union Financial
                    Center 200 S. Biscayne Blvd
                    Miami FL 33131
                    Tel. No:( 305 ) 358-9000

Bond Set/Continued:    STIP.$225,000 PSB & $50,000 CSB
                                        NEBBIA

DATED this 31st day of OCTOBER              , 2000.

CLARENCE MADDOX, CLERK,

BY STEPHAINE LEE
      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2000D- 110-1150, 111-1
DIGITAL START NO._____

#167
HL