UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

00 NOV 16 PM 4: 35

CL... ...DDOX
CLERK U S DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA

Plaintiff,

v.

STEVE RAFFA,
        a/k/a "Uncle Steve,"
JOHN MAMONE,
        a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO,
MICHAEL BUCCINNA,
        a/k/a "Michael Boots,"
JEFFREY BASS,
        a/k/a "the Professor,"
FREDERICK SCAROLA,
GIUSEPPE BELLITTO,
        a/k/a "Joe Baldy,"
MARK CARATTINI,
PAUL DIFILIPPI,
ANSON KLINGER,
JOSEPH SPITALERI,
CHARLES CLAY,
PEGGY PRESTON,
MARK WEISS,
JACOLYN BARUCH, and
DAVID BELL,

        Defendants.

_____/

**NOTICE OF SERVICE OF PROTECTIVE ORDER**

The United States hereby notifies the Court that the persons on the attached list were served

with a copy of the October 27, 2000 protective order issued by this Court.

Respectively submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY:    _____

WILLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314 ext. 3614
Fax: (954) 356-7180
Fla Bar No. A550007

Case No. 00-6309-CR-SEITZ


        A Protective Order Under Seal was served to the following
individuals who represented individuals and/or companies as
indicated below:



On 10/31/00 by Paralegal Specialist C.G. Mangiaracina
(at the PTD hearing):

David Garvin  for  Steve Raffa, Rafaello "Tony" Raffa, and Sanjo
                   Center, Sanjo Center, Inc. (and other assumed
                   Raffa family members with interest)


David Rothman for  John Mamone, Grace Mamone, Check Cashing
                   Unlimited, Gateway Transportation Services,
                   Inc.


Michael Buccinna for Michael Buccinna and Check Cashing Unlimited



On 11/7/2000 by SA Chanin l. Waterman and PS Dolores Benzin, at
Gateway Transportation Services, 7770 West Oakland Park Blvd:

John Manning  for  John Manning and Gateway Transportation
                   Services


and at American Quick Cash Centers, 3591 N. Andrews Avenue,
Oakland Park:


Rodolfo Rodriguez  for Cash 96 Corporation



On 11/10/2000 by PS Mangiaracina, via facsimile with
confirmation:

Nathan Diamond     for Jason Crossen and Gold Coast Check Cashing
                   Services



On 11/13/2000  by PS Mangiaracina, via facsimile with
confirmation:

Steven Chaykin    for Fred Morgenstern