UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

MICHAEL BUCCINNA
          Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No:55531-004

Language: English

    The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address: ON BOND

                  Tel. No:

Defense Counsel:  Name : BRIAN L. TANNEBAUM ESQ.

                  Address:
                  200 S. BISCAYNE BLVD.
                  MIAMI, FL., 33131

                  Tel. No: (305)358-9000

Bond Set/Continued:    $50,000 CSB & $225,000 PSB

DATED this 6th day of FEBRUARY, 2001.

                CLARENCE MADDOX, CLERK,

                BY   NANCY J. FLOOD
                      Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1034

