UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**THE UNITED STATES OF AMERICA,**        )
                                         )   CASE NUMBER
            PLAINTIFF,                   )   00-6309-CR-SEITZ
                                         )
    VS.                                  )
                                         )
**MICHAEL BUCCINNA,**                    )   THIS VOLUME:
                                         )   PAGES 1 - 20
            DEFENDANT.                   )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INITIAL APPEARANCE HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON OCTOBER 26, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   BRIAN MCCORMICK, A.U.S.A., AND
                      DIANA FERNANDEZ, A.U.S.A.

FOR THE DEFENDANT:    BRIAN TANNENBAUM, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488