T.H

00 6309-CR-Seitz

AO82
(Rev. 4/90)

ORIGINAL
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

227591

at Miami

RECEIVED FROM Harry M. Solomon
799 Brickell Plaza
Miami, Fl 33131
USA(s) John Mahone

Fund CK# 1203
6855XX　Deposit Funds
604700　Registry Funds
　　　　General and Special Funds
508800　Immigration Fees
085000　Attorney Admission Fees
086900　Filing Fees
322340　Sale of Publications
322350　Copy Fees
322360　Miscellaneous Fees
143500　Interest
322380　Recoveries of Court Costs
322386　Restitution to U.S. Government
121000　Conscience Fund
129900　Gifts
504100　Crime Victims Fund
613300　Unclaimed Monies
510000　Civil Filing Fee (½)
510100　Registry Fee

| ACCOUNT | AMOUNT |
|---------|--------|
|         | 20,000.00 |

TOTAL 20,000.00
Case Number or Other Reference
00-6309-CR-Seitz

Per Court Order
To be Invested

477

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 07/23/20　Cash　Check ✓　M.O.　Credit　DEPUTY CLERK Hamill