UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Case No. 00-6309-CR-PAS

MIAMI, FLORIDA
May 22, 2001
VOLUME I
PAGES 1 TO 35

JOHN MAMOME
FRED MORGENSTERN
DAVID MORGENSTERN
JOSEPH SILVESTRI
JULIUS BRUCE CHIUSANO
MICHAEL BUCCINNA
JEFFREY BASS
FREDERICK SCAROLA
GIUSEPPE BELLITTO
MARK CARATTINI
PAUL DE FILIPPI
ANSON KLINGER
JOSEPH SPITALERI
CHARLES CLAY
PEGGY PRESTON
MARK WEISS
JACOLYN BARUCH
DAVID BELL

STATUS CONFERENCE
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:
FOR THE GOVERNMENT:

BRIAN MC CORMICK, ESQ.
DIANA FERNANDEZ, ESQ.
Assistant United States Attorneys
99 N.E. 4th Street
Miami, FL 33132

REPORTED BY:

DAVID S. EHRLICH, RPR
Official Court Reporter
301 N. Miami, Room 504
Miami, Florida 33128-7788
(305) 523-5537

576

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

APPEARANCES: (Continued)
FOR THE DEFENDANT:

| | |
|---|---|
| J. MAMOME | DAVID ROTHMAN, ES. |
| F. MORGENSTERN | JOHN HOWES, ESQ.<br>BY: ANA JHONES, ESQ. |
| D. MORGENSTERN | ANA JHONES, ESQ. |
| J. SILVESTRI | EMMANUEL PEREZ, ESQ.<br>BY: SAM MASRI, ESQ. |
| J.B. CHIUSANO | DON SPADERO, ESQ. |
| M. BUCCINNA | BRIAN TANNENBAUM, ESQ. |
| J. BASS | MICHAEL TARRE, ESQ. |
| F. SCAROLA | JOHN COTRONE, ESQ.<br>BY: JEFFREY HARRIS, ESQ. |
| G. BELLITTO | CHARLES WENDER, ESQ. |
| M. CARATTINI | JAMES BENJAMIN, ESQ.<br>BY: DON SPADERO, ESQ. |
| P. DI FILIPPI | PETER RABEN, ESQ.<br>BY: BRIAN TANNENBAUM, ESQ. |
| A. KLINGER | NEIL NAMEROFF, ESQ.<br>BY: JEFFREY HARRIS, ESQ. |
| J. SPITALERI | BRIAN BEIBER, ESQ.<br>BY: MICHAEL TARRE, ESQ. |
| C. CLAY | JON MAY, ESQ. |
| P. PRESTON | CHARLES WHITE, ESQ. |
| M. WEISS | PHILLIP HOROWITZ, ESQ.<br>BY: CHARLES WHITE, ESQ. |
| J. BARUCH | DAVID VINIKOOR, ESQ. |
| D. BELL | JEFFREY HARRIS, ESQ. |