UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:00-6309-CR-SEITZ(s)(s)/GARBER

UNITED STATES OF AMERICA,

vs.

MICHAEL BUCCINNA
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 55531-004

Language: _____

The above-named Defendant appeared before **Magistrate Judge STEPHEN T. BROWN,** The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

    Tel. No: _____

Defense Counsel:    Name : BRIAN LEE TANNEBAUM ESQ.

    Address: 200 SOUTH BISCAYNE BLVD. #3420

    MIAMI, FL., 33131-2340

    Tel. No: (305)358-9000

Bond Set/Continued:    $ 225,000 PSB & $50,000 CSB/NEBBIA

Dated this 14th day of SEPTEMBER, 2001.

CLARENCE MADDOX, CLERK

BY STTEPHANIE LEE
    Deputy Clerk

c: CRD
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 01D- 85-3300
DIGITAL START NO. _____