CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by _____ D.C.
OCT 11 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-cr   Date 10/10/01
Clerk L. Webb   Reporter D. Ehrlich
USPO _____   Interpreter _____
USPTS _____

AUSA D. Fernandez / B. McCormick   Def. Atty. All As represented

United States of America v. Mamone

Defendant(s): Present ____  Not Present  X   In Custody ____

Reason for Hearing Re Discovery matters re SC case.

Results of Hearing Docs can be returned to Miami. Gov't needs time to get agents up there + back by 11/1/01. 3 weeks to do bates stamping. Approx. 110 boxes.

Judge Anderson in S.C., Anderson, SC. Gov't needs to retain some docs in SC re ancillary proceedings. Gov't to find

Misc. out if duplicates can be made + sent down.

Any expenses incurred there for w/o approval of Court will not be paid. Gov't AUSA finds w/i 12 days Gov't to advise Court if there is an index of SC docs done by SC counsel.

Discovery conf between counsel set for next week.

PT motions extended to 11/19 - 3 new As only. Gov't's resp due by 12/7

68/t