# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

**DEC 1 4 2001**

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. OO-6309-Cr   Date 12/14/01

Clerk L. Webb   Reporter D. Ehrlich

USPO _____   Interpreter _____

USPTS _____

AUSA B. McCormick / D. Fernandez   Def. Atty. all as represented.

United States of America v. Mamone, et al

Defendant(s): Present _____   Not Present X   In Custody _____

Reason for Hearing Status conf.

Results of Hearing Mamone will enter plea of guilty
Seiken may have a problem with Feb date
since he just came into case.
Joseph + Doreen Russo req. that motions
pending before Blg be referred as this
case may be resolved - will defer to Blg
as long as hrg is held in Jan. if no plea.

Misc. O'Sullivan may plead - asks that m/ sever
be referred. - Court defers to Blg
Carrettini will most likely plead
Benjamin's m/ to file late m/ adopt is denied.


780