UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA,     CASE NO: 00-6309-CR-SEITZ
                                                 MAGISTRATE JUDGE SELTZER

         Plaintiff,

vs.

MICHAEL BUCCINNA,

         Defendant.
_____/

## DEFENDANT MICHAEL BUCCINNA'S UNOPPOSED
## EMERGENCY MOTION FOR TRAVEL AUTHORIZATION

       The Defendant, MICHAEL BUCCINNA, through undersigned counsel, respectfully moves this Court for authorization to travel to White Plains, New York on Saturday, December 15, 2001, and to return to the Southern District of Florida on Thursday, December 20, 2001. As grounds in support of this emergency motion, it is respectfully alleged as follows:

       1.        On October 26, 2000, Magistrate Judge Barry Seltzer released Mr. Buccinna pending trial of this case, under a $225,000 personal surety bond and a $50,000 corporate surety bond. Pursuant to the conditions of the bond, Mr. Buccinna may not leave the Southern District of Florida without written permission from the Court.

       2.        Mr. Buccinna desires to travel to White Plains, New York from December 15, 2001, through December 20, 2001 to see his mother-in-law, Anna Salese who is expected to pass away within the next few days, and to attend her funeral. Mrs. Salese is being cared for at St. Agnes Hospital in White Plains.

       3.        The trial in this matter is scheduled to begin on February 11, 2002. The time that Mr.

Buccinna will be out of the Southern District will not affect any proceedings in this matter.

4. Counsel for Mr. Buccinna contacted Assistant United States Attorney Brian McCormick (954-356-7392, ext. 3578), and Pretrial Services Officer Liza Llanos (954-769-5603), who stated that they have no objection to the granting of this motion.

5. Mr. Buccinna will notify Pretrial Services Officer Liza Llanos of the dates and times during which he will be traveling, and will provide addresses and phone numbers of the location(s) where he will be.

WHEREFORE, it is respectfully submitted that this Court enter its Order Authorizing Emergency Travel permitting Michael Buccinna to travel to White Plains, New York with notice to the Pretrial Services Officer as heretofore stated.

Respectfully submitted,

**BRIAN L. TANNEBAUM, P.A.**
2690 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
(305) 358-9000

By: _____
BRIAN L. TANNEBAUM
FLORIDA BAR NO.: 047880

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was this ____ day of December, 2001, forwarded by facsimile to Assistant United States Attorney Brian McCormick at 954-356-7230 and Pretrial Services Officer Liza Llanos at 954-769-5669.

_____
BRIAN L. TANNEBAUM

# Itinerary for Michael Buccinna Emergency Travel Motion

**Travel:**

Leaves Saturday, December 15, 2001 from Ft. Lauderdale Airport
Jet Blue Flight #30:   departs at 7:50 PM
                       arrives at 10:30 PM at Kennedy Airport

Returns Thursday, December 20, 2001 from Kennedy Airport
Jet Blue Flight #375:  departs at 2:50 PM
                       arrives at 5:45 PM at Ft. Lauderdale Airport

**Hospital:**

St. Agnes Hospital
White Plains, New York
914-681-4500

Mother-in-law, Anna Salese
Room phone: 914-681-4841
Attending Physician: Dr. Middleman

**Staying At:**

Sister-in-law's: Marianne Lalumia
1155 Vincent Avenue
Bronx, NY 120465
718-863-2406

Email006

|  |  |
|---|---|
| | JetBlue Airways |
| | P.O. BOX 17435 |
| | Salt Lake City, UT 84117-7435 |
| | Agent Number: 44896 |
| MICHAEL P BUCCINNA | Confirmation Number: B4U6DI |
| 6363 NORTH WEST 39TH STREE | Date Booked: 14DEC01 |
| Pompano Beach, FL | Modified: 14DEC01 |
| 33067 | Booked By: MICHAEL P |

Welcome Aboard:   Michael p Buccinna  Michele Buccinna

| Date | Flt | Depart | | Arrive | | Stops |
|---|---|---|---|---|---|---|
| Sat 15DEC01 | 30 | Fort Lauderdale | 7:50pm | New York, JFK | 10:30pm | 0 |
| Thu 20DEC01 | 375 | New York, JFK | 2:50pm | Fort Lauderdale | 5:45pm | 0 |

|  |  |
|---|---|
| Total for 02 guest(s) | Fare: 610.24 |
| | Tax: 56.76 |
| | PFC: 12.00 |
| Call us Toll Free: 1-800-JETBLUE | — |
| Visit our Website at: www.jetblue.com | Total: $679.00 |
| | American Express: $679.00- |
| | — |
| | Balance Due: $0.00 |

Page 1