UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL BUCCINNA,

Defendant.
_____/

CASE NO. 00-6309-CR-SEITZ



## ORDER GRANTING UNOPPOSED
## EMERGENCY MOTION FOR TRAVEL AUTHORIZATION

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Emergency Travel Authorization and this Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said motion is hereby GRANTED. Michael Buccinna is permitted to travel to White Plains, New York on Saturday, December 15, 2001, and to return to the Southern District of Florida on Thursday, December 20, 2001. Mr. Buccinna shall notify Pretrial Services Officer Liza Llanos of the dates and times during which he will be traveling, and will provide addresses and phone numbers of the location(s) where he will be staying. All other conditions of bond remain in full force and effect.

DONE AND ORDERED at Miami, Southern District of Florida this 14 day of December, 2001.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

copies provided via fax to:
Brian L. Tannebaum, Esq. 305-374-5747
AUSA Brian McCormick 954-356-7230
Pretrial Services Officer Liza Llanos 954-769-5669