CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
JAN 28 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr            Date 1/28/02
Clerk L. Webb                  Reporter D. Ehrlich
USPO ___                       Interpreter ___
USPTS ___

AUSA B. McCormick              Def. Atty. B. Tannenbaum

United States of America v. Michael Buccona

Defendant(s): Present  X    Not Present ___    In Custody  No
Reason for Hearing Change of plea to Count 1 of 2nd Superseding Indictment
Results of Hearing Adjudicated guilty; PSI ordered; referred to USPO

Misc. Defendant to remain on bond pending sentencing.

