CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

APR 1 5 2002

CLARENCE MADDOX
CLER.: U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-CR          Date 4/12/02
Clerk L. Webb               Reporter D. Ehrlich
USPO M. Monge               Interpreter _____
USPTS _____

AUSA B. McCormick           Def. Atty. B. Tannenbaum.

United States of America v. Michael Buccina

Defendant(s): Present X     Not Present _____     In Custody No
Sentence 58 months
Supervised Release 3 years
Special Conditions of SR ① Substance abuse trmt prog
② submit to search ③ financial disclosure
④ 300 hours community service

Fine $ 0                     Special Assessment $ 100 00
Advised of right to appeal Yes
Recommendations to BOP So Fla facility.

Misc. Remaining counts dismissed.
5/24/00

949
BD