```
                 UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA
                        MIAMI DIVISION
```

FILED by D.C.
APR 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE 00-6309CR-SEITZ |
| PLAINTIFF, | MIAMI, FLORIDA |
| v. | JULY 23, 2001 |
| JOHN MAMONE, FRED MORGENSTERN, DAVID MORGENSTERN, JOSEPH SILVESTRI, JULIUS BRUCE CHIUSANO, MICHAEL BUCCINNA, JEFFREY BASS, FREDERICK SCAROLA, GIUSEPPE BELLITTO, MARK CARATTINI, PAUL DIFILIPPI, ANSON KLINGER, JOSEPH SPITALERI, CHARLES CLAY, PEGGY PRESTON, MARK WEISS, JACOLYN BARUCH, and DAVID BELL, | |
| DEFENDANTS. | |

TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS HAD

BEFORE THE HONORABLE WILLIAM M. HOEVELER,

UNITED STATES DISTRICT JUDGE.

- - - -

PAGES 1 THROUGH 11

- - - -




Original  953  H.H.