DEFENDANT: MICHAEL BUCCINNA
CASE NUMBER: 00-6309-CR-SEITZ/006

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **58 Months**.

The Court recommends to the Bureau of Prisons:

South Florida facility.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **before 2:00 P.M. on May 24, 2002.**

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on __5/24/02__ to __FCC Coleman-Low__ at __Coleman, FL__, with a certified copy of this judgment.

_____Paul M. Laird, Warden_____
~~UNITED STATES MARSHAL~~

By: ___Shari Dunlop UE___
~~Deputy U.S. Marshal~~

1069
00

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

FILED by _____ D.C.
APR 1 5 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. FLA. - MIAMI

UNITED STATES OF AMERICA

v.

MICHAEL BUCCINNA

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-6309-CR-SEITZ/006

Counsel For Defendant: Brian Tannenbaum, Esq.
Counsel For The United States: Brian McCormick, AUSA
Court Reporter: David Ehrlich

The defendant pleaded guilty to Count One of the Indictment.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 1962(d) | RICO conspiracy | October 26, 2000 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts remaining as to this Defendant are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 4/30/1959
Deft's U.S. Marshal No.: 55531-004

Defendant's Mailing Address:
6363 N.W. 29th Street
Coral Springs, FL 33067

Defendant's Residence Address:
6363 N.W. 29th Street
Coral Springs, FL 33067

Date of Imposition of Sentence:
April 12, 2002

_____
PATRICIA A. SEITZ
United States District Judge

April 15, 2002

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/15/02