UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  CASE NO.:  00-6309-CR-SEITZ

Plaintiff,

vs.

MICHAEL BUCCINNA

Defendant.
_____/



FILED by ___
OCT 28 ...
CLARENCE MADDOX
CLERK U.S. ...
S.D. OF FLA.

**UNOPPOSED MOTION FOR ORDER TO DISCHARGE
$50,000 CORPORATE SURETY BOND**

The Defendant, MICHAEL BUCCINNA, by and through undersigned counsel hereby files this Agreed Motion for Order Discharging the $50,000 corporate surety bond and as grounds therefore would state as follows:

**FACTS**

1. The defendant was arrested on October 27, 2000 pursuant to a grand jury indictment charging RICO, Money Laundering, and other offenses.

2. On October 27, 2000 the defendant posted a $225,000 personal surety bond and a $50,000.00 corporate surety bond.

3. On April 12, 2002, the defendant was sentenced to 58 months incarceration in the Bureau of Prisons.

2. On May 24, 2002 the defendant surrendered to Coleman FCI.

3. Assistant U.S. Attorney Brian McCormick has been contacted and does not object to the discharge of the bond.

**Brian L. Tannebaum, P.A.** Attorney at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

WHEREFORE, the defendant, MICHAEL BUCCINNA, respectfully prays that this Court grant this motion and enter and order discharging the $50,000 corporate surety bond posted in this case.

Respectfully submitted,

**BRIAN L. TANNEBAUM, P.A.**
200 S. Biscayne Blvd.
Suite 2690
Miami, FL 33131
(305) 358-9000

By: _____
BRIAN L. TANNEBAUM.
Florida Bar No.: 047880

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded by U.S. Mail to Brian McCormick, AUSA, 500 E. Broward Boulevard, 7th Floor, Ft. Lauderdale, FL 33394, and Michael Santucci, U.S. Probation, 299 E. Broward Boulevard, Suite 409, Ft. Lauderdale, Florida 33301 on this ____ day of October, 2002.

_____
BRIAN L. TANNEBAUM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO.:   00-6309-CR-SEITZ

    Plaintiff,

vs.

MICHAEL BUCCINNA

    Defendant.
_____/

**ORDER DISCHARGING $50,000 CORPORATE SURETY BOND**

THIS CAUSE having come before the Court on an Unopposed Motion For Order To Discharge $50,000 Corporate Surety Bond, and this Court being fully advised of the premises, it is hereby

**ORDERED AND ADJUDGED** that the Corporate Surety Bond is Discharged.

**DONE AND ORDERED** in the Southern District of Florida this _____ day of October, 2002.

_____
HONORABLE PATRICIA SEITZ
U.S. DISTRICT COURT JUDGE

cc:    Brian L. Tannebaum
       Brian McCormick, AUSA
       Michael Santucci, USPO