UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO.:    00-6309-CR-SEITZ

   Plaintiff,

vs.

MICHAEL BUCCINNA

   Defendant.
_____/

FILED by ___ D.C.
OCT 30 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER DISCHARGING $50,000 CORPORATE SURETY BOND**

THIS CAUSE having come before the Court on an Unopposed Motion For Order To Discharge $50,000 Corporate Surety Bond, and this Court being fully advised of the premises, it is hereby

**ORDERED AND ADJUDGED** that the Corporate Surety Bond is Discharged.

**DONE AND ORDERED** in the Southern District of Florida this 30th day of October, 2002.

_____
HONORABLE PATRICIA SEITZ
U.S. DISTRICT COURT JUDGE

cc:   Brian L. Tannebaum
      Brian McCormick, AUSA
      Michael Santucci, USPO