```
               UNITED STATES DISTRICT COURT

               SOUTHERN DISTRICT OF FLORIDA
```

FILED by ___ D.C.
APPEALS
JAN 2 3 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

UNITED STATES OF AMERICA          Case No. 00-6309-CR-PAS

    v.                            MIAMI, FLORIDA
                                 April 12, 2002
                                 VOLUME I
                                 PAGES 1 TO 44

MICHAEL BUCCINNA

```
                      SENTENCE HEARING
          BEFORE THE HON. PATRICIA A. SEITZ, J.
              UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

FOR THE GOVERNMENT:

        BRIAN MC CORMICK, ESQ.
        DIANA FERNANDEZ, ESQ.
        Assistant United States Attorneys
        500 E. Broward Boulevard - 7th Floor
        Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

        BRIAN L. TANNEBAUM, ESQ.
        550 Brickell Avenue
        Miami, FL 33131

REPORTED BY:    DAVID S. EHRLICH, RPR
               Official Court Reporter
               301 N. Miami, Room 504
               Miami, Florida 33128-7788
               (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).