UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA           Case No. 00-6309-CR-PAS

   v.                              MIAMI, FLORIDA
                                    January 28, 2002
                                    VOLUME I
                                    PAGES 1 TO 45
MICHAEL BUCCINNA

                    CHANGE OF PLEA HEARING
          BEFORE THE HON. PATRICIA A. SEITZ, J.
               UNITED STATES DISTRICT JUDGE

[Stamp: FILED by ___ D.C. APPEAL APR 3 0 2003 CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. MIAMI]

APPEARANCES:

FOR THE GOVERNMENT:

                 BRIAN MC CORMICK, ESQ.
                 Assistant United States Attorney
                 500 E. Broward Boulevard, 7th FL
                 Ft. Lauderdale, FL  33394-3002

FOR THE DEFENDANT:

                 BRIAN L. TANNEBAUM, ESQ.
                 Suite PH-2
                 550 Brickell Avenue
                 Miami, FL 33131

REPORTED BY:        DAVID S. EHRLICH, RPR
                  Official Court Reporter
                  301 N. Miami, Room 504
                  Miami, Florida 33128-7788
                  (305) 523-5537

Proceedings recorded by mechanical stenography,
transcript produced by computer-aided transcription(CAT).