UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF FLORIDA
301 N. MIAMI AVE, ROOM 150
MIAMI, FL. 33128-7788



CASE# 03-60486- CIV-SEITZ
(00-6309- CR- PAS )

### NOTICE OF CHANGE OF ADDRESS

Please be advised that the address for Michael Buccinna, Inmate#55531-004 has been changed from 33 N.E. 4th St., Miami, Fl. 33132 to Federal Prison camp, 110 Raby Ave. Pensacola, FL. 32509-5127. Please foward all correspondence accordingly.

Thank You,

Michael Buccinna