**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 03-60486-CIV-SEITZ/WHITE
00-CR-6309-CR-SEITZ

MICHAEL BUCCINNA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/



FILED by _____ D.C.
MAR 18 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER AFFIRMING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Report and Recommendation of the Honorable Patrick A. White, United States Magistrate Judge, dated November 26, 2004 [DE-12] on Petitioner's Motion to Vacate, Set Aside, or Correct Judgment and Sentence Pursuant to 28 U.S.C. §2255.

Having carefully reviewed, *de novo*, Magistrate Judge Patrick A. White's Report and Recommendation and the record, and being otherwise duly advised, and having considered Petitioner's Rebuttal to the Report and Recommendation,[1] it is hereby

ORDERED that:

(1) The above-mentioned Report and Recommendation of Magistrate Judge White [DE-12] is AFFIRMED;

(2) Petitioner's Motion to Vacate, Set Aside, or Correct Judgment and Sentence Pursuant to 28 U.S.C. §2255 [DE-1] is DENIED;

---

[1] In his Motion, Petitioner asserted three claims of ineffective assistance of counsel. His Rebuttal, however, only focuses on his claim regarding his counsel's failure to object at sentencing to the two-point enhancement in his base offense level for assault on Al Polito. Magistrate Judge White concluded that Petitioner could not prevail on this claim because (1) the enhancement did not affect his guideline range, and therefore, Petitioner suffered no prejudice from the two-point enhancement; and (2) the Court conducted an extensive colloquy with Petitioner at sentencing, and it was evident that Petitioner had knowingly and voluntarily entered into the plea agreement, which included the two-level enhancement as part of its terms. While Petitioner argues, in his Rebuttal, that he was prejudiced because the enhancement makes him ineligible for "time off in the Bureau of Prisons R.D.A.P. Program," Petitioner ignores the Magistrate's findings that he knowingly and willingly entered into the plea agreement. For that reason, the Court will affirm the Magistrate's Report and Recommendation.

(3) All pending motions not otherwise ruled upon are DENIED AS MOOT; and

(4) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 18th day of March, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT COURT

cc:
Michael Buccinna, *pro se*
No. 55531-004
Federal Correction Institute
P.O. Box 779800
Miami, Florida 33177

J. Brian McCormick, AUSA (fax: 305-356-7230)

Magistrate Judge Patrick A. White