UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: 00-6309-CR-SEITZ

    Plaintiff,

vs.

MICHAEL BUCCINNA,

    Defendant.

_____/



## DEFENDANT MICHAEL BUCCINNA'S
## MOTION TO ALLOW HIM TO MOVE FROM CORAL SPRINGS TO BOCA RATON WITHOUT HAVING TO MOVE BACK INTO A HALFWAY HOUSE FOR SEVEN (7) DAYS

The Defendant, MICHAEL BUCCINNA, through undersigned counsel, respectfully moves this Court for authorization to move from his current residence in Coral Springs, Florida, to a new residence in Boca Raton, Florida without having to move back into a halfway house for seven (7) days  As grounds in support of this motion, it is respectfully alleged as follows:

1. On August 7, 2006, Michael Buccinna's half-way house term will end.

2. Several months ago, Mr. Buccinna was permitted to leave the half-way house and reside at his home in Coral Springs, Florida, located in the Southern District of Florida.

3. He has recently divorced his wife and has rented a residence in Boca Raton, Florida, which is also located in the Southern District of Florida.

4. According to the official Florida Department of Transportation Website, the distance from Coral Springs, Florida, to Boca Raton, Florida, is fourteen (14) miles.

5. Mr. Buccinna is planning to move out of his current residence in Coral Springs and into his new residence in Boca Raton on July 31, 2006, however, as his half-way house term does

not end until August 7, he is being required to return to the half-way house to live for seven (7) days.

6. Mr. Buccinna has not committed any violations since his release from prison and is complying with all terms of his release.

7. While this move is from Broward to Palm Beach County, it is only fourteen miles away from where Mr. Buccinna lives, and is within the jurisdiction of the Southern District of Florida.

WHEREFORE, it is respectfully requested that this Court enter its Order authorizing Mr. Buccinna to move on July 31, 2006 from his home in Coral Springs, Florida, to his new residence in Boca Raton, Florida.

Respectfully submitted,

TANNEBAUM WEISS, PL
Museum Tower
150 W. Flagler Street
Penthouse
Miami, Florida 33130
(305) 374-7850

By: _____
BRIAN L. TANNEBAUM
FLORIDA BAR NO.: 047880

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was this 27 day of July, 2006, forwarded by facsimile to Assistant United States Attorney Brian McCormick at 954-356-7230 and CCM Miami, Community Corrections Office, 305-536-6505.

_____
BRIAN L. TANNEBAUM