UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

MICHAEL BUCCINNA,

_____/



### ORDER DENYING MOTION TO MOVE

This matter came before the Court on Defendant Buccinna's Motion to Allow Him to Move from Coral Springs to Boca Raton Without Having to Move Back Into a Halfway House. The Defendant has not provided the Court with the position of the Government or the U.S. Probation Office as to this request. Therefore, it is

ORDERED that Defendant's Motion is DENIED, without prejudice.

DONE AND ORDERED in Miami, Florida this 3rd day of August, 2006.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Brian Tannebaum, Esq.
U.S. Probation

