UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO: 00-6309-CR-SEITZ

    Plaintiff,

vs.

MICHAEL BUCCINNA,

    Defendant.
_____/

## UNOPPOSED MOTION TO TERMINATE SUPERVISED RELEASE

The Defendant, MICHAEL BUCCINNA, through undersigned counsel, and with no objection from the Government, respectfully moves this Court to terminate his supervised release. As grounds in support of this motion the defendant states:

1. Michael Buccinna was sentenced to 58 months in prison followed by 36 months supervised release.

2. He has been on supervised release for 20 months, has had no violations and has completed all conditions which include 300 hours community service, and six months drug monitoring.

3. He has paid the $100 special assessment and owes no fines, costs, or restitution.

4. Mr. Buccinna has had the occasion to voluntarily assist law enforcement during supervised release in apprehending a suspect sought by the Broward Sheriffs Office. The letter evidencing his voluntary work in this case is attached.

5. AUSA J. Brian McCormick has been contacted and advised he has no objection to the termination of Mr. Buccinna's supervised release.

6. Mr. Buccinna's probation officer has verified to undersigned counsel that there have

been no violations, that Mr. Buccinna owes no monies and has satisfied all conditions, but does not take a position on this motion.

WHEREFORE, it is respectfully requested that this Court enter its Order terminating supervised release.

Respectfully submitted,

**TANNEBAUM WEISS, PL**
Museum Tower
150 W. Flagler Street
Penthouse
Miami, Florida 33130
(305) 374-7850

By:   s/Brian Tannebaum
       BRIAN L. TANNEBAUM
       FLORIDA BAR NO.: 047880

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was this 10th day of April, 2008, filed via CM/ECF

s/ Brian Tannebaum
BRIAN L. TANNEBAUM



*Pride in Service with Integrity*

Broward County Sheriff's Office  
Detective Carmen Hunsinger  
200 Terminal Drive  
Fort Lauderdale/Hollywood International Airport  
Fort Lauderdale, Florida 33315  
(954) 359-1243

February 15, 2008

Mr. Michael Buccinna,

This letter is to thank you for the assistance you provided to the Broward Sheriff's Office on January 2, 2008. (Case BS08-01-0262) Your quick thinking and awareness to the surroundings at Fort Lauderdale/Hollywood International Airport resulted in the arrest of a suspect for Grand Theft. You went above and beyond the duties of a normal citizen by confronting the suspect and pursuing him on foot. Your actions resulted in the apprehension of this suspect and for that we are grateful.

Sincerely,

Detective Carmen Hunsinger