UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

MICHAEL BUCCINNA,
_____/

### ORDER DENYING MOTION TO TERMINATE SUPERVISED RELEASE

This matter came before the Court on Defendant Buccinna's Unopposed Motion to Terminate Supervised Release. The Court has considered the motion, the nature of the conviction, the Defendant's role in the offense, the PSI, the advisory guidelines, and the 3553 factors and finds that Defendant, while he is commended for his conduct on supervised release, has not demonstrated such extraordinary performance to merit early termination at this time.

ORDERED that Defendant's Motion is DENIED, without prejudice.

DONE AND ORDERED in Miami, Florida this 2nd day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation